UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

GABINO T. MORANTES AND
HOLLIS A. MORANTES

          CASE NO. 8:17-bk-04856-RCT
          CHAPTER 7

    Debtor(s).
_____/

**CREDITOR'S RESPONSE TO DEBTOR'S
MOTION TO SELL PROPERTY FEE AND CLEAR OF LIENS [DE-27]
7382 CLOUD 9 RANCH RD, ONA, FL 33865-9545**

Creditor, WELLS FARGO BANK, N.A., by and through its undersigned attorney, files its Response to Debtor's Motion to Sell Property Fee and Clear of Liens [DE-27] and as grounds thereto states as follows:

1. The Motion to Sell [DE-27] was filed on August 1, 2018.

2. The Creditor does not oppose the Motion to Sell dependent upon the following stipulations:

    a) The Creditor is paid in full subject to a complete payoff, or

    b) Any sale short of a full payoff is subject to Creditor's final approval

3. Creditor approved a short sale as attached to the Motion to Sale. Approval is subject to change and final approval by the Creditor.

4. Any Order on this Motion must include the above stipulations.

WHEREFORE, Creditor moves the Court to grant the Motion to Sell subject to the above stipulations.

          EXL Legal, PLLC
          Email Address: bk@exllegal.com
          12425 28th Street North, Suite 200
          St. Petersburg, FL 33716
          Telephone No. (727) 536-4911
          Attorney for the Movant

          By:   */s/ Alejandro G. Martinez-Maldonado*
          Alejandro G. Martinez-Maldonado
          FL BAR # 108112

888170790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on August 8, 2018, by U.S. Mail and/or electronic mail via CM/ECF to:

CHRISTOPHER D SMITH
5391 LAKEWOOD RANCH BLVD. N., SUITE 203
SARASOTA, FL 34240
smith@chrissmith.com

TRACI K. STEVENSON, TRUSTEE
PO BOX 86690
MADEIRA BEACH, FL 33708
tstevenson@tampabay.rr.com

UNITED STATES TRUSTEE - TPA7/13,7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602
USTPRegion21.TP.ECF@USDOJ.GOV

The parties identified below were served on August 8, 2018 by U.S. Mail.

GABINO T. MORANTES
2817 N ORANGE AVE
SARASOTA, FL 34234

HOLLIS A. MORANTES
2817 N ORANGE AVE
SARASOTA, FL 34234

EXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By:   /s/ *Alejandro G. Martinez-Maldonado*
Alejandro G. Martinez-Maldonado
FL BAR # 108112

888170790